UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-1389
_____

CORRINA WEIDOW; KERRY BENTLER,

v.

SCRANTON SCHOOL DISTRICT

Corrina Weidow,
      Appellant
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 2-08-cv-01978)
District Judge: Honorable A. Richard Caputo
_____

Submitted Under Third Circuit LAR 34.1(a)
January 13, 2012

Before: McKEE, *Chief Judge,* FUENTES, and JORDAN, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District

Court for the Middle District of Pennsylvania and was submitted pursuant to Third

Circuit LAR 34.1(a) on January 13, 2012.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this

Court that the Order of the District Court and entered on January 13, 2011, be and the

same is hereby AFFIRMED, all of the above in accordance with the opinion of this

Court.  Costs shall be taxed against the appellant.


                               ATTEST:


                                /s/Marcia M. Waldron
                               Clerk
DATED: February 7, 2012